## <u>RETURN OF SERVICE</u>

**State of Florida**                     **County of Middle**                  **United States District Court**

Case Number: 8:26-CV-01730-WFJ-TGW

Plaintiff:
**BLACKTHORN AND CROWN LTD.,**

SKP2026002882

vs.

Defendant:
**CIRKUL, INC.,**

For:
Fee & Jeffries, PA
1227 N. Franklin Street
Tampa, FL 33602

Received by Serve Legal Process, Inc on the 17th day of June, 2026 at 5:53 pm to be served on **CIRKUL, INC., c/o RA: Andrew Gay, 3620 Queen Palm Drive, Tampa, FL 33619**.

I, Robert King, do hereby affirm that on the **22nd day of June, 2026** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons And Complaint And Demand For Jury Trial, Exhibits** with the date and hour of service endorsed thereon by me, to: **Brian Henry** as **General Counsel** for **CIRKUL, INC.,**, at the address of: **3620 Queen Palm Drive, Tampa, FL 33619**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____

**Robert King**
44-73020

**Serve Legal Process, Inc**
**333 N. Falkenburg Road**
**Suite B-206**
**Tampa, FL 33619**
**(813) 254-8762**

Our Job Serial Number: SKP-2026002882
Ref: Blackthorn and Crown Ltd. v. Cirkul, Inc

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d