UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLACKTHORN AND CROWN LTD.,

      Plaintiff,                        CASE NO.: 8:26-cv-01730-WFJ-TGW

v.

CIRKUL, INC.,

      Defendant.

_____/

### Unopposed Motion for Special Admission

Mark C. Johnson, Esquire, moves for special admission to represent Blackthorn and Crown Ltd. in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically:

- State of Ohio – Admitted 11/20/00

- U.S. District Court, ND Ohio – Admitted 12/22/00

- U.S. District Court, U.S. SD Ohio – Admitted 7/20/05

- U.S. Court of Appeals for the Federal Circuit – Admitted 04/11/2006

- U.S. District Court, Colorado – Admitted 06/24/2010

1

- U.S. District Court, ND Illinois – Admitted 02/01/2012

- U.S. District Court, ED Michigan – Admitted 06/28/2018

- U.S. District Court, WD Pennsylvania – Admitted 01/26/2022

- U.S. District Court, ED Texas – Admitted 09/28/2022

- U.S. District Court, SD Texas – Admitted 11/10/2025

- U.S. District Court, WD Texas – Admitted 07/24/2023

- U.S. District Court, WD Wisconsin – Admitted 09/27/2012

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

2

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*Mark C. Johnson*
Mark C. Johnson (OBN 0072625)
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44113
(216) 736-3170
(216) 621-6165 (Facsimile)
mjohnson@rennerotto.com

**Local Rule 3.01(g) Certification**

Defendant, Cirkul, Inc., has been served in the action and no counsel for Cirkul, Inc. has yet appeared in this case. Therefore, Plaintiff's undersigned counsel was unable to consult with Cirkul, Inc.'s counsel prior to the filing of this Motion.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2026, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com

Local Counsel for Plaintiff,
Blackthorn and Crown Ltd.

and

Mark C. Johnson (0072625)
(*Pro Hac Vice Pending*)
Sarah L. Boone (098880)
(*Pro Hac Vice Pending*)
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44113
(216) 736-3170
(216) 621-6165 (Facsimile)
mjohnson@rennerotto.com
sboone@rennerotto.com

Lead Counsel for Plaintiff,
Blackthorn and Crown Ltd.

4