United States District Court
Middle District of Florida
Tampa Division

**Blackthorn and Crown Ltd.,**

***Plaintiff,***

**v.** **No. 8:26-cv-01730-WFJ-GDP**

**Cirkul, Inc.,**

***Defendant.***

---

## Unopposed Motion for Special Admission

Marshall Adkins, Esquire, moves for special admission to represent defendant Cirkul, Inc. in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court, Western District of North Carolina.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in cases in state or federal court in Florida in the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Marshall Adkins
Marshall Adkins
SHUMAKER, LOOP & KENRIDK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 945-2954

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with Plaintiffs' counsel, and they do not oppose the relief sought herein.

WHEREFORE, the undersigned moves this Court for an order permitting Marshall Adkins to be admitted to practice before the United States District Court for the Middle District of Florida for the purpose of representing the Defendant Cirkul, Inc. in this lawsuit only.

Date: October 20, 2026.

Respectfully Submitted,

/s/ Mindi M. Richter
Mindi M. Richter (Lead Counsel)
Florida Bar No. 0044827
mrichter@shumaker.com
SHUMAKER, LOOP & KENDRICK, LLP
101 E. Kennedy Boulevard, Suite 2800
Tampa, Florida 33602
Telephone: (813) 227-2254

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing will be filed electronically with the Court on October 20, 2026, causing all counsel of record to receive a copy.

*/s/Mindi M. Richter*
Mindi M. Richter